WILLIAM HENRY HARRISON, Otherwise Known as "HARRY" HARRISON, Respondent-Appellant, v. JAMES F. EGAN, as Public Administrator of the County of New York, upon the Goods, Chattels and Credits of GEORGE SCHULTZ, Deceased, Appellant-Respondent.— Action to recover the proceeds of a testamentary trust established by the will of plaintiff's father. Judgment in favor of plaintiff for $8,667.15 unanimously modified by allowing interest on the $3,000 of principal from

September 20, 1898, instead of from January 26, 1905, and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.